Certificate Number: 13861-NJ-DE-041580533

Bankruptcy Case Number: 26-20817

13861-NJ-DE-041580533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2026, at 11:34 o'clock AM PDT, Michael Allen Joyce completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 20, 2026

By: /s/Erin Arispe-Daigle

Name: Erin Arispe-Daigle

Title: Counselor