**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
JOYCE, MICHAEL ALLEN

Case No.: 26-20817
Chapter 7
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 24, 2026, at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| **2350 New York Ave Egg Harbor City, NJ** | $590,000.00 | $464,682.00-Navy Federal Credit Union | $33,059.00 |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Thomas J. Subranni
Address: 115 S. 11th Avenue, Longport, NJ 08403
Telephone No.: (609) 335-1882

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-20817-ABA
Michael Allen Joyce Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Nov 01, 2026 Form ID: pdf905 Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Michael Allen Joyce, 2350 New York Ave, Egg Harbor City, NJ 08215-1608 |
| 521373727 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521373734 | + | NY E-ZPass, Attn: Bankruptcy, PO Box 1518 Po Box 15185, Albany, NY 12201-1518 |
| 521373736 | | Sarah Elizabeth Joyce, 2350 New York Ave, Egg Harbor City, NJ 08215-1608 |
| 521373739 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2026 01:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521373723 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2026 02:14:02 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521373725 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Nov 01 2026 01:42:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521373726 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2026 02:13:59 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521373728 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2026 02:14:34 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521373729 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 01 2026 01:42:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521373730 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2026 02:14:56 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521373731 | | Email/Text: eakesc@labcorp.com | Nov 01 2026 01:42:00 | Labcorp, Attn: Bankruptcy, 531 S Spring St, Burlington, NC 27215-5866 |
| 521373733 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 01 2026 01:41:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521373732 | | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 01 2026 01:43:00 | Navy Federal Credit Union, Attn: Bankruptcy, 820 Follin Ln SE, Vienna, VA 22180-4907 |
| 521373735 | | Email/Text: bankruptcy@rubinrothman.com | Nov 01 2026 01:41:00 | Rubin & Rothman LLC, 1787 Veterans Hwy Ste 32, Islandia, NY 11749-1500 |
| 521373738 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 01 2026 01:41:00 | State of New Jersey, Division of Taxation, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521373737 | ^ | MEBN | Nov 01 2026 01:49:10 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521373740 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 01 2026 01:43:00 | State of New York, Dep't of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455, W.A. Harriman State Campus, Albany, NY 12227-0001 |
| 521373741 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2026 01:43:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521373743 | ^ | MEBN | Nov 01 2026 01:49:23 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521373742 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 01 2026 01:43:00 | U.S. Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 521373744 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Nov 01 2026 02:14:59 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521373724 | ## | AtlantiCare, Attn: Bankruptcy, 2500 English Creek Ave, Egg Harbor Township, NJ 08234-5549 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael I. Assad | on behalf of Debtor Michael Allen Joyce mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| Thomas J Subranni | Tjsubranni@gmail.com NJ84@ecfcbis.com;Subranni@premierremote.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3